**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7217**

_____

JOHN L. SHERER,

Petitioner - Appellant,

versus

COMMONWEALTH OF VIRGINIA; NEW RIVER VALLEY
REGIONAL JAIL; SHERIFF DOBBINS,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior District
Judge.  (CA-03-477-7)

_____

Submitted:  November 19, 2003      Decided:  December 12, 2003

_____

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John L. Sherer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John L. Sherer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). An appeal may not be taken from the final order in a § 2241 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Sherer has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2